**Opinion issued March 26, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00747-CV

————————————

## CODY JUNIUS ZENO, Appellant

## V.

## SHANNEKA NICOLE TYLER, Appellee

On Appeal from the 280th District Court
Harris County, Texas
Trial Court Case No. 2019-53320

## MEMORANDUM OPINION

Appellant, Cody Junius Zeno, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified on October 29, 2019 and January 16, 2020 that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.